# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:17CR16 |
| | ) | |
| vs. | ) | |
| | ) | |
| LATASHA D. ELLIS and NIQUISHA TAYLOR | ) ) ) | ORDER |
| Defendant.. | | |

This matter is before the court on Defendant Taylor's unopposed Motion To Continue Trial [20]. Counsel is seeking additional time to review discovery materials with her client . Defendant has complied with NECrimR 12.1(a).  For good cause shown,

**IT IS ORDERED** that the Unopposed Motion for Continuance[20] is granted as follows:

1. The jury trial, **as to all defendants**, now set for April 11, 2017 is continued to **June 6, 2017.**

2. The defendant has filed the affidavit required by paragraph 9 of the progression order and NE.CrimR 12.1(a) forthwith.

3. In accordance with 18 U.S.C. § 3161(h)(7)(A), the court finds that the ends of justice will be served by granting this continuance and outweigh the interests of the public and the defendant in a speedy trial.  Any additional time arising as a result of the granting of this motion, that is, the time between **today's date and June 6, 2017**, shall be deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  Failure to grant a continuance would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

    **DATED March 10, 2017.**

                               BY THE COURT:

                               s/ F.A. Gossett III
                               **United States Magistrate Judge**