IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES, | ) | 8:17CR00016 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER** |
| LATASHA D. ELLIS, | ) | |
| Defendant. | ) | |

This matter comes before the Court upon the Defendant's oral motion that the Court issue an order of restitution to facilitate the collection of restitution payments prior to the sentencing hearing. The Court, being duly advised, finds that the motion should be and hereby is granted.

IT IS THEREFORE ORDERED that the Clerk of the United States District Court for the District of Nebraska, 111 S. 18th Plaza, Suite #1152, Omaha, NE 68102 accept restitution payments until further order from the Court.

DATED this 22nd day of February, 2018.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge